O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA LUNA, an individual, ALFONSO LUNA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, et al., <br><br> Defendants. | Case No. CV 12-00029 DDP (SHx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> [Dkt. No. 7] |

    Presently before the court is the Motion to Dismiss First Amended Complaint filed by Defendants Countrywide Home Loans, U.S. Bank National Association, ReconTrust Compant, N.A., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Cynthia Quiniones.  Because Plaintiffs have not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file

it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

    The hearing on Defendants' motion was set for February 13, 2012. Plaintiffs' opposition was therefore due by January 23, 2012. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: February 9, 2012

DEAN D. PREGERSON
United States District Judge