1
2
3
4
5
6                                                               CLOSED
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12 OTILIA LUNA, ALFONSO LUNA,<br><br>13　　　　Plaintiffs,<br><br>14　　v.<br><br>15 AMERICA'S WHOLESALE LENDER; US<br>16 BANK NATIONAL ASSOCIATION;<br>RECONTRUST COMPANY, N.A.; BAC<br>17 HOME LOANS SERVING, LP,<br>MORTGAGE ELECTRONIC<br>18 REGISTRATION SYSTEM, INC.;<br>CYNTHIA QUINONES; ROBERT<br>19 RUELAS; DANIEL RODRIGUEZ; DOUG<br>COLLOP; and all persons unknown,<br>20 claiming any legal or equitable right, title,<br>estate, lien, or interest in the property<br>21 described in the complaint adverse to<br>Plaintiff's title, or any cloud on Plaintiff title<br>22 thereto; DOES 1-20<br><br>23　　　　Defendants. | Case No. 2:12-cv-00029-DDP-SH<br><br>[previously Los Angeles County<br>Superior Court Case No. BC473497]<br><br>**JUDGMENT** |

24
25
26
27
28

On February 9, 2012, the Court entered an order granting Defendants' Motion to Dismiss the First Amended Complaint of Plaintiffs Otilia Luna and Alfonso Luna. [*See* Order- Document No. 14].

**THEREFORE**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiffs OTILIA LUNA and ALFONSO LUNA and in favor of Defendants COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER, U.S. BANK NATIONAL ASSOCIATION, RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A. (as successor by merger to BAC HOME LOANS SERVICING, LP), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and CYNTHIA QUINONES.

**FURTHER**, any notice of pendency of action, or notice of lis pendens, recorded in connection with this action known prior to removal as Case No. BC473497 in the Superior Court of California, County of Los Angeles, is hereby EXPUNGED.

Dated:  <u>February 21, 2012</u>

Honorable Dean D. Pregerson
United States District Judge

Respectfully Submitted,
**BRYAN CAVE LLP**

By:  <u>/s/ Andrea N. Winternitz</u>
Attorneys for Defendants